Matthew A. Steward (#7637)
Michael P. Affleck (#17925)
**CLYDE SNOW & SESSIONS**
One Utah Center, Suite 2200
201 South Main Street
Salt Lake City, Utah 84111-2216
Telephone: (801) 322-2516
Email: mas@clydesnow.com
mpa@clydesnow.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| DAMON LILLY, an individual,<br><br>Plaintiff,<br><br>v.<br><br>PEBBLEKICK, INC., a California corporation,<br><br>Defendant. | **STIPULATION OF DISMISSAL** |
| PEBBLEKICK, INC., a California corporation,<br><br>Counterclaim Plaintiff,<br><br>v.<br><br>DAMON LILLY, an individual,<br><br>Counterclaim Defendant. | Civil No. 2:22-cv-201-HCN-DAO<br><br>Judge: Howard C. Nielson, Jr.<br>Magistrate Judge: Daphne A. Oberg |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Damon

Lilly ("Plaintiff") and Defendant Pebblekick, Inc. ("Pebblekick"), by and through their respective

{02171006-1 }

attorneys of record, hereby stipulate to dismiss this matter with prejudice. Each party will bear its own attorneys' fees and costs associated with this lawsuit and the dismissal thereof.

DATED this 29th day of August 2023.

<div style="margin-left:50%">

CLYDE, SNOW & SESSIONS

*/s/ Michael P. Affleck*
Matthew A. Steward
Michael P. Affleck
*Attorneys for Plaintiff*


MARKUN ZUSMAN COMPTON

*/s/ Tad McMahan*
Tad McMahan
*Attorneys for Defendant*

</div>

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 29, 2023 a true and correct copy of the **STIPULATION OF DISMISSAL** was e-filed and served upon all counsel of record via the Court's electronic filing system.

                                            */s/ Kari Peck*
                                            Legal Assistant